PHILIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
BACILIO MENDEZ II, CSBN 332719
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4840
    Facsimile: (415) 744-0134
    E-Mail: Bacilio.Mendez@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| EENA SAESEE, | Case No.: 1:21-CV-01562-SKO |
| Plaintiff, | STIPULATION FOR AN EXTENSION OF TIME; ORDER |
| v. | (Doc. 13) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

    The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to file her opposition to Plaintiff's opening brief in this case. In support of this request, the Commissioner respectfully states as follows:

    1.    Primary responsibility for handling this case has been delegated to the Office of the Regional Chief Counsel, Region IX, in San Francisco, California (the "Region IX Office").

    2.    Defendant's response to Plaintiff's opening brief is currently due Friday, July 8, 2022. Defendant has not previously requested an extension of time for this deadline.

3. The Region IX Office handles all district and circuit court litigation involving the Social Security program arising in Arizona, California, Hawaiʻi, Nevada, and Guam.

4. The Region IX Office employs 44 staff attorneys, of whom 30 are actively handling civil litigation involving the Social Security program in the eight assigned jurisdictions. Most of the attorneys who handle program litigation cases have additional responsibilities, such as litigating in other practice areas described below, acting as Jurisdictional leads, reviewing the work product of junior attorneys, conducting trainings, and participating in national workgroups. In addition, because of attorneys taking unexpected leave or resigning, the Region IX Office has had to re-assign dozens of cases and substitute in new counsel who have had to absorb these re-assigned cases into their existing caseloads.

5. In addition to "program" litigation, the Region IX Office provides a full range of legal services as counsel for the Social Security Administration, in a region that covers four states (including the most populous state in the nation) and three territories. These other workloads include employment litigation; civil rights investigations; bankruptcy matters; and requests for legal advice on wide-ranging topics, including Regional office client requests for advice on program issues, employee conduct and performance, reasonable accommodation, hostile work environment, ethics, Privacy Act and disclosure, and torts. Because of the high volume of program litigation cases, the Region IX Office has had to focus its efforts on processing only other workloads that are subject to statutory, regulatory, and court deadlines.

6. The undersigned attorney is still new to the agency and his work must be reviewed by a more senior attorney prior to filing with the Court.

7. Due to the volume of the overall workload within the Region IX Office, neither the undersigned attorney nor another attorney in the Region IX Office anticipate being able to complete briefing by the current due date of Friday, July 8, 2022. Therefore, Defendant seeks an extension of 47 days, until Wednesday, August 24, 2022, to respond to Plaintiff's motion.

8. This request is made in good faith and is not intended to unduly delay the proceedings.

9. On June 28, 2022, counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this request for an extension of time.

WHEREFORE, Defendant requests until Wednesday, August 24, 2022, to file her opposition to Plaintiff's opening brief.

Respectfully submitted,

Dated: June 29, 2022   /s/ *Lawrence D. Rohlfing**
LAWRENCE D. ROHLFING
Attorney for Plaintiff
*as authorized via e-mail on June 29, 2022

Dated: June 29, 2022   PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ *Bacilio Mendez II*
BACILIO MENDEZ II
Special Assistant United States Attorney

Attorneys for Defendant

## **ORDER**

Based upon the foregoing stipulation of the parties (Doc. 13), and for good cause shown, Fed. R. Civ. P. 16(b)(4),

IT IS HEREBY ORDERED that Defendant shall have an extension of time, to and including August 24, 2022, in which to file a response to Plaintiff's motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 9) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **June 30, 2022**                         /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE