PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
BACILIO MENDEZ II, CSBN 332719
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone: (510) 970-4840
      Facsimile: (415) 744-0134
      E-Mail: Bacilio.Mendez@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| EENA SAESEE,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | 1:21-cv-01562-SKO<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**<br><br>**(Doc. 17)** |

IT IS STIPULATED by and between Eena Saesee ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the

1  administrative record and resolve any issues. The parties further request that the Court direct the
2  Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant,
3  reversing the final decision of the Commissioner.
4       This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the
5  Social Security Act, 42 U.S.C. § 405(g).
6       Respectfully submitted this 14th day of September 2022.

Dated: September 14, 2022            /s/ *Lawrence D. Rohlfing**
                                     LAWRENCE D. ROHLFING
                                     Attorney for Plaintiff
                                     *As authorized via e-mail on September 14, 2022.

Dated: September 14, 2022            PHILLIP A. TALBERT
                                     United States Attorney
                                     PETER K. THOMPSON
                                     Acting Regional Chief Counsel, Region IX
                                     Social Security Administration

                              By:    /s/ *Bacilio Mendez II*
                                     BACILIO MENDEZ II
                                     Special Assistant United States Attorney

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 17), and for cause shown,

**IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner. The Clerk shall also administratively close this file.

IT IS SO ORDERED.

Dated:   **September 15, 2022**                       /s/ *Sheila K. Oberto*
                                                                              UNITED STATES MAGISTRATE JUDGE