1

Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

2

3

4

5

Attorneys for Plaintiff
Eena Saesee

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11

EENA SAESEE,

                   )   Case No.: 1:21-cv-01562-SKO

12

        Plaintiff,

                   )   STIPULATION AND ORDER FOR
                   )   THE AWARD AND PAYMENT OF

13

        vs.

                   )   ATTORNEY FEES AND EXPENSES
                   )   PURSUANT TO THE EQUAL

14

KILOLO KIJAKAZI,
Acting Commissioner of Social

                   )   ACCESS TO JUSTICE ACT, 28 U.S.C.
                   )   § 2412(d) AND COSTS PURSUANT

15

Security,

                   )   TO 28 U.S.C. § 1920
                   )

16

        Defendant.

                   )   (Doc. 21)

                   )

17

18

       TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE

19

OF THE DISTRICT COURT:

20

       IT IS HEREBY STIPULATED, by and between the parties through their

21

undersigned counsel, subject to the approval of the Court, that Eena Saesee be

22

awarded attorney fees and expenses in the amount of four thousand four hundred

23

forty dollars ($4,440.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C.

24

§ 2412(d), and costs in the amount of four hundred two dollars ($402.00) under 28

25

U.S.C. § 1920.  This amount represents compensation for all legal services

26

-1-

1  rendered on behalf of Plaintiff by counsel in connection with this civil action, in

2  accordance with 28 U.S.C. §§ 1920; 2412(d).

3       After the Court issues an order for EAJA fees to Saesee, the government

4  will consider the matter of Saesee's assignment of EAJA fees to Lawrence D.

5  Rohlfing.  The retainer agreement containing the assignment is attached as exhibit

6  1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor

7  the assignment will depend on whether the fees are subject to any offset allowed

8  under the United States Department of the Treasury's Offset Program.  After the

9  order for EAJA fees is entered, the government will determine whether they are

10 subject to any offset.

11      Fees shall be made payable to Saesee, but if the Department of the Treasury

12 determines that Saesee does not owe a federal debt, then the government shall

13 cause the payment of fees, expenses and costs to be made directly to Law Offices

14 of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by

15 Saesee.[1]  Any payments made shall be delivered to Lawrence D. Rohlfing.

16      This stipulation constitutes a compromise settlement of Eena Saesee's

17 request for EAJA attorney fees, and does not constitute an admission of liability on

18 the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount

19 shall constitute a complete release from, and bar to, any and all claims that Saesee

20 and/or Lawrence D. Rohlfing including Law Offices of Lawrence D. Rohlfing,

21 Inc., CPC may have relating to EAJA attorney fees in connection with this action.

22      This award is without prejudice to the rights of Lawrence D. Rohlfing and/or

23 the Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act

24

25   [1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien

26 under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

1   attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of

2   the EAJA.

3   DATE: November 7, 2022     Respectfully submitted,

4                                    LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

5                                       /s/   *Lawrence D. Rohlfing*

6              BY: _____
                                 Lawrence D. Rohlfing
7                                Attorney for plaintiff Eena Saesee

8

9   DATED: November 7, 2022      PHILLIP A. TALBERT
                                 United States Attorney
10                               MATHEW W. PILE
                                 Associate General Counsel
11                               Social Security Administration

12

13                                  /s/ *Andrea Banks*

14              _____
                                 ANDREA BANKS
                                 Special Assistant United States Attorney
15                               Attorneys for Defendant
                                 KILOLO KIJAKAZI, Acting Commissioner of
16                               Social Security (Per e-mail authorization)

17

18

19

20

21

22

23

24

25

26

-3-

1
2

**ORDER**

3
    Based upon the parties' foregoing Stipulation for the Award and Payment of

4
Equal Access to Justice Act Fees and Expenses (the "Stipulation") (Doc. 21),

5
    **IT IS ORDERED** that fees and expenses in the amount of four thousand

6
7
four hundred forty dollars ($4,440.00) under EAJA, 28 U.S.C. § 2412(d), and costs

8
in the amount of four hundred two dollars ($402.00) under 28 U.S.C. § 1920 be

9
awarded subject to the terms of the Stipulation.

10
11
12
IT IS SO ORDERED.

13
Dated:   __**November 9, 2022**__                 _____/s/ *Sheila K. Oberto*_____

14
UNITED STATES MAGISTRATE JUDGE

15
16
17
18
19
20
21
22
23
24
25
26